UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
IN ADMIRALTY

CASE NO.: 8:20-cv-00911-MSS-AAS

IN RE:

**PETITION OF MAD TOYZ III, LLC, as titled
owner of and for one 2018 38' Statement 380 Open
Motorboat bearing hull identification number
STTEB112L718, her engines, tackle, and
appurtenances, and**

**JEFFRY KNIGHT, as owner *pro hac vice* of and for
one 2018 38' Statement 380 Open Motorboat
bearing hull identification number STTEB112L718,
her engines, tackle, and appurtenances, for
Exoneration from or Limitation of Liability**,

Petitioners.

_____/

**RESPONDENT/CLAIMANT'S, NADINE SARAH RUSLI,
RULE F(5) CLAIM PERTAINING TO PETITIONERS' AMENDED PETITION FOR
EXONERATION FROM OR LIMITATION OF LIABILITY [D.E. 19]**

**COMES NOW**, Respondent/Claimant, NADINE SARAH RUSLI, by and through the

undersigned counsel, and pursuant to Supplemental Rule F(5) of the Federal Rules of Civil

Procedure and Rule 7.06 of Local Rules and files her Rule F(5) Claim Pertaining to Petitioners'

Amended Complaint for Exoneration from or Limitation Of Liability[1] under the said Rules, and in

support thereof states:

1. Claimant, NADINE SARAH RUSLI, hereby makes her claim for damages against

   Petitioners, PETITION OF MAD TOYZ III, LLC, and JEFFRY KNIGHT, pursuant to

---

[1] Claimant's Rule F(5) Claim is without prejudice to the pending Motion to Dismiss [D.E. 19] and
Claimant's Joinder and Adoption of Claimants' Motion to Dismiss [D.E. 39] as Claimant reaffirms
that the subject Amended Petition for Exoneration from and Limitation of Liability is defective,
untimely, and legally invalid.

Supplemental Rule F(5) of the Federal Rules of Civil Procedure.

2. Petitioner MAD TOYZ III, LLC is a limited liability company and at all pertinent times, acted by and through its manager, Petitioner JEFFRY DAVID KNIGHT, who had control over said limited liability company. Said limited liability company was owned and operated through its manager, JEFFRY DAVID KNIGHT, a 37-foot 2018 motorboat. (See Florida Division of Corporations Printout attached as 'Exhibit A'.)

3. On or about September 2, 2019, Petitioner JEFFRY DAVID KNIGHT negligently and in an imprudent and unreasonable manner, operated a 2018 motorboat at or near the Dick Misener Bridge in Pinellas County in the State of Florida waterways so that he collided with a 2019 pontoon boat in which NADINE SARAH RUSLI was a passenger, causing her to be injured. Said negligence includes but is not limited to, the failure of Petitioner, JEFFRY DAVID KNIGHT, to keep a proper lookout, as well as carelessly operating said vessel at an excessive rate of speed, as well as the failure to have regard for other waterborne traffic including the vessel in which Respondent, NADINE SARAH RUSLI, was a passenger at the time of the collision. Specifically, Petitioner, Jeffry Knight, was the operator of his vessel and violated Florida Statute §§ 327.33(2) and 327.33(3) as well as Rule 5, Rule 6, and Rule 7 of the International & U.S. Inland Navigational Rules codified as Federal law (also known as the Rules of the Road), including failing to keep a proper look out, failing to signal before overtaking the Rusli vessel, being inattentive, and operating the vessel in a careless manner, including taking his eyes off of his direction of travel by looking down at his GPS immediately prior to impacting the vessel in which Respondent, NADINE SARAH RUSLI, was a passenger at the time of the collision. (See Sworn Statement of Jeffry Knight attached as 'Exhibit B')

4. As a direct and proximate result of Petitioners' failure to maintain and provide for safe operation of their vessel and all other related negligent actions, NADINE SARAH RUSLI was injured in and about her body and extremities, suffered aggravation of pre-existing conditions, suffered pain therefrom, suffered mental pain and suffering, incurred and will incur medical expenses in the treatment of her injuries, suffered physical handicap, her working ability and earning capacity and her capacity to enjoy life were impaired and will be impaired and suffered a permanent injury within a reasonable degree of medical probability, her injuries are permanent and continuing and the Respondent, NADINE SARAH RUSLI, will suffer losses and impairments in the future.

5. Claimant contests Petitioners' claim to exoneration from and/or to limitation of liability, on the grounds that, *inter alia*, Petitioner, JEFFRY DAVID KNIGHT, himself, and/or his crew were negligent and furthermore, Petitioners had privity with, and knowledge of, the event, defect, unseaworthiness, negligence, actions, inactions, etc., which caused Claimant's injuries.

6. Claimant reserves the right to present her claim for damages in the forum of her choice upon the Court denying the Petitioners' Amended Complaint for Exoneration and/or Limitation.

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on this 15th day of July, 2020, on counsel or parties of record in the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Frank D. Butler, Esq.
FBN: 940585
fdblawfirm@aol.com
Kelly Ann L. May, Esq.
FBN: 59286

kmay@fightingforfamilies.com
Frank D. Butler, P.A.
10550 US Highway 19 North
Pinellas Park, FL 33782
Phone: 727-399-2222
Fax: 727-399-2202
Service: courtdocserve@fdblawfirm.com
Secondary: kmay@fightingforfamilies.com
jseigler@fightingforfamilies.com
*Attorneys for Respondents*
*Nadine Sarah Rusli and*
*Erwin P. Rusli*

*/s/ Kelly Ann L. May, Esquire*
Kelly Ann L. May, Esq.

**SERVICE LIST**

Charles S. Davant
Florida Bar No. 15178
csd@davantlaw.com
Patrick J. Ryan
Florida Bar No. 1011099
pjr@davantlaw.com
DAVANT LAW, P.A.
Attorneys for Petitioners
401 East Las Olas Blvd., Suite 1400
Fort Lauderdale, FL 33301
Telephone: (954) 414-0400
Facsimile: (954) 332-2301
Counsel for Petitioners
Petition Of MAD TOYZ III, LLC, and JEFFRY KNIGHT

Edward R. Blumberg, Esq.
Fla. Bar. No. 190870
erb@deutschblumberg.com
Deutsch Blumberg
& Caballero, P.A.
New World Tower
100 North Biscayne Blvd, Ste. 2802
Miami, Florida 33132
Tel: (305) 358-6329
Fax: (305) 358-9304
Counsel for Respondents/Claimants
NADINE SARAH RUSLI and Jacqueline Strehling