# Detail by Entity Name

Florida Limited Liability Company
MAD TOYZ III, LLC

### Filing Information

| | |
|---|---|
| **Document Number** | L13000080771 |
| **FEI/EIN Number** | 46-3039242 |
| **Date Filed** | 06/04/2013 |
| **State** | FL |
| **Status** | ACTIVE |

### Principal Address

301 South Missouri Avenue
CLEARWATER, FL 33756-5833

Changed: 03/29/2018

### Mailing Address

301 South Missouri Avenue
CLEARWATER, FL 33756-5833

Changed: 03/29/2018

### Registered Agent Name & Address

WILLIAMS, JILL
301 South Missouri Avenue
CLEARWATER, FL 33756-5833

Name Changed: 04/25/2019

Address Changed: 03/29/2018

### Authorized Person(s) Detail

**Name & Address**

Title MGR

KNIGHT, JEFFRY
301 South Missouri Avenue
CLEARWATER, FL 33756-5833

Title MGR

Voll, Chris
301 South Missouri Avenue
CLEARWATER, FL 33756-5833

### Annual Reports

| Report Year | Filed Date |
|---|---|
| 2018 | 03/29/2018 |
| 2019 | 04/25/2019 |
| 2020 | 03/24/2020 |

Exhibit A