


# FLORIDA FISH AND WILDLIFE CONSERVATION COMMISSION
## DIVISION OF LAW ENFORCEMENT

### SWORN WRITTEN STATEMENT WITH MIRANDA RIGHTS

You have the right to remain silent. Anything you say can and will be used against you in a court of law. You have the right to talk to a lawyer and have a lawyer present with you while you are being questioned. If you cannot afford to hire a lawyer, one will be appointed to represent you before any questioning, if you wish. If you consent to answer questions now, without a lawyer present, you will still have the right to stop answering at anytime.

I, JEFFRY D KIGHT _____ have had these rights read to me; I understand them and I am willing to talk to you at this time.

Signature: [signed]   K5234246234491   Date: 9/2/19

**Statement:**

WR WERE HEADING EAST IN THE ICW AND PASSED A LARGE BOAT ON THERE LEFT WHEN I LOOK DOWN TO CHECK MY GPS — WHEN THE OTHER BOAT CAME ACROSS MY BOW WR STOP TRUN AROUND TO HELP

I have read this statement and initialed all corrections. I fully understand its entire contents and solemnly swear (or affirm) that it is true and correct.

Signature of Person Giving Statement: [signed]

SUBSCRIBED and sworn to (or affirmed) before me, a law enforcement officer authorized to administer oaths pursuant to Florida Statute 117.10.

Signature of Officer: [signed]
Name of Officer (Print): INV. R. SCHEFANO

Page 1 of 2

FWCDLE-209 (04/08)

Exhibit B