# REGISTER OF ACTIONS
### CASE NO. 19-01051-NCPIN



Order Documents!   **Click Here!**
Request Now!   **Including Certified!**

| | | |
|---|---|---|
| STATE OF FLORIDA vs. KNIGHT, JEFFRY DAVID | § § § § § § § § | Case Type: **NON CRIMINAL PAYABLE INFRACTION** |
| | | Date Filed: **11/04/2019** |
| | | Location: **Division P** |
| | | Judicial Officer: **CARBALLO, JOHN** |
| | | NTA XREF - OBTS RPTS: **19-1051-NCPIN** |
| | | UNIFORM CASE NUMBER: **522019IN001051000APC** |

## PARTY INFORMATION

| | | |
|---|---|---|
| | | **Attorneys** |
| **ARRESTING OFFICER** | LAMOUREUX, MATTHEW<br>5110 GANDY BLVD<br>DEPT OF FISH AND WILDLIFE<br>TAMPA, FL 33611 | |
| **DEFENDANT** | KNIGHT, JEFFRY DAVID<br>▓▓▓▓▓▓<br>Other Agency Numbers<br>01012457 TRUE SPN, 00686827 TRUE<br>SPN, 00875803 ALIAS SPN | Male White<br>DOB: ▓▓▓<br><br>~~J KEVIN HAYSLETT, ESQ~~<br><br>~~LAW OFFICES OF CARLSON & MEISSNER~~<br>~~250 N BELCHER RD STE 102~~<br>~~CLEARWATER, FL 33765~~<br><br>~~727-443-1562(W)~~ |

## CHARGE INFORMATION - (CHECK PCSO FOR CUSTODY INFO)

| Charges: KNIGHT, JEFFRY DAVID | Statute | Level | Date |
|---|---|---|---|
| 1. CARELESS OPERATION OF A VESSEL | 327.33 2 | INFRACTION | 09/30/2019 |

## EVENTS & ORDERS OF THE COURT

**DISPOSITIONS**

| | |
|---|---|
| 02/20/2020 | **Disposition** (Judicial Officer: CARBALLO, JOHN)<br>   1. CARELESS OPERATION OF A VESSEL<br>      NON JURY TRIAL - DISMISSED |

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 03/03/2020 | **CORRESPONDENCE**    Doc # 11<br>*INSURANCE ADJUSTER TO CLERK; COPY REQUEST* |
| 02/20/2020 | **TRIAL** (3:00 PM) (Judicial Officer CARBALLO, JOHN)<br>  *12/19/2019 Reset by Court to 01/16/2020*<br>  *01/16/2020 Reset by Court to 02/20/2020*<br>Result: HEARING HELD |
| 02/20/2020 | **MISCELLANEOUS TEXT**    Doc # 8<br>*NON-JURY TRIAL DAY 1* |
| 02/20/2020 | **ORDER GRANTING - IN COURT**    Doc # 9<br>*D/MOTION TO DISMISS* |
| 02/20/2020 | **INITIAL FEE UPDATED**    Doc # 10 |
| 11/14/2019 | **NOTICE OF APPEARANCE**    Doc # 2<br>*J KEVIN HAYSLETT* |
| 11/14/2019 | **DEMAND AND REQUEST FOR COPY OF INFORMATION**    Doc # 3 |
| 11/14/2019 | **WAIVER OF ARRAIGNMENT**    Doc # 4 |
| 11/14/2019 | **DEMAND FOR DISCOVERY**    Doc # 6 |
| 11/14/2019 | **DESIGNATION OF EMAIL ADDRESS**    Doc # 7 |
| 11/07/2019 | **WRITTEN PLEA NOT GUILTY BY ATTORNEY**    Doc # 5 |
| 11/04/2019 | **NON-CRIMINAL PAYABLE INFRACTION**    Doc # 1 |

https://ccmspa.pinellascounty.org/PublicAccess/CaseDetail.aspx?CaseID=18385304#

## FINANCIAL INFORMATION

**DEFENDANT** KNIGHT, JEFFRY DAVID



| | |
|---|---:|
| Total Financial Assessment | 0.00 |
| Total Payments and Credits | 0.00 |
| **Balance Due as of 02/24/2021** | **0.00** |

Skip to Main Content   Logout   My Account   Search Menu   New Criminal Search   Refine   Location : Pinellas County   Help
Search   Back

# REGISTER OF ACTIONS
## CASE NO. 19-01046-NCPIN



**Order Documents!**   *Click Here!*
*Request Now!*   **Including Certified!**

| | | |
|---|---|---|
| STATE OF FLORIDA vs. KNIGHT, JEFFRY DAVID | § § § § § § § § | Case Type: **NON CRIMINAL PAYABLE INFRACTION** |
| | | Date Filed: **11/05/2019** |
| | | Location: **Division P** |
| | | Judicial Officer: **CARBALLO, JOHN** |
| | | NTA XREF - OBTS RPTS: **19-01046-NCPIN** |
| | | UNIFORM CASE NUMBER: **522019IN001046000APC** |

## PARTY INFORMATION

**Attorneys**

| | |
|---|---|
| **ARRESTING OFFICER** | LAMOUREUX, MATTHEW<br>5110 GANDY BLVD<br>DEPT OF FISH AND WILDLIFE<br>TAMPA, FL 33611 |

**DEFENDANT   KNIGHT, JEFFRY DAVID**

Other Agency Numbers
01012457 TRUE SPN, 00686827 TRUE
SPN, 00875803 ALIAS SPN

Male White
DOB: ▮▮▮▮▮

~~J KEVIN HAYSLETT, ESQ~~

~~LAW OFFICES OF CARLSON & MEISSNER~~
~~250 N BELCHER RD STE 102~~
~~CLEARWATER, FL 33765~~

~~727-443-1562(W)~~

## CHARGE INFORMATION - (CHECK PCSO FOR CUSTODY INFO)

| Charges: KNIGHT, JEFFRY DAVID | Statute | Level | Date |
|---|---|---|---|
| 1.  VIOL. NAVIGATION RULES ACCIDENT | 327.33 3 | INFRACTION | 09/30/2019 |

## EVENTS & ORDERS OF THE COURT

**DISPOSITIONS**

| | |
|---|---|
| 02/20/2020 | **Disposition** (Judicial Officer: CARBALLO, JOHN)<br>   1. VIOL. NAVIGATION RULES ACCIDENT<br>      NON JURY TRIAL - DISMISSED |

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 03/03/2020 | **CORRESPONDENCE      Doc # 11**<br>   *INSURANCE ADJUSTER TO CLERK; COPY REQUEST* |
| 02/20/2020 | **TRIAL** (3:00 PM) (Judicial Officer CARBALLO, JOHN)<br>   *12/19/2019 Reset by Court to 01/16/2020*<br>   *01/16/2020 Reset by Court to 02/20/2020*<br>   Result: HEARING HELD |
| 02/20/2020 | **MISCELLANEOUS TEXT      Doc # 8**<br>   *NON-JURY TRIAL DAY 1* |
| 02/20/2020 | **ORDER GRANTING - IN COURT      Doc # 9**<br>   *D/MOTION TO DISMISS* |
| 02/20/2020 | **INITIAL FEE UPDATED      Doc # 10** |
| 11/14/2019 | **DEMAND AND REQUEST FOR COPY OF INFORMATION      Doc # 2** |
| 11/14/2019 | **WAIVER OF ARRAIGNMENT      Doc # 3** |
| 11/14/2019 | **WRITTEN PLEA NOT GUILTY BY ATTORNEY      Doc # 4** |
| 11/14/2019 | **DEMAND FOR DISCOVERY      Doc # 5** |
| 11/14/2019 | **DESIGNATION OF EMAIL ADDRESS      Doc # 6** |
| 11/14/2019 | **NOTICE OF APPEARANCE      Doc # 7**<br>   *J KEVIN HAYSLETT* |
| 11/05/2019 | **NON-CRIMINAL PAYABLE INFRACTION      Doc # 1** |

# FINANCIAL INFORMATION

**DEFENDANT** KNIGHT, JEFFRY DAVID



| | |
|---|---:|
| Total Financial Assessment | 0.00 |
| Total Payments and Credits | 0.00 |
| **Balance Due as of 02/24/2021** | **0.00** |