UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
IN ADMIRALTY

Case No.: 8:20-cv-00911 SCRIVEN/SANSONE

IN RE:

PETITION OF MAD TOYZ III, LLC, as titled owner of and for one 2018 38' Statement 380 Open Motorboat bearing hull identification number STTEB112L718, her engines, tackle, and appurtenances, and

JEFFRY KNIGHT, as owner *pro hac vice* of and for one 2018 38' Statement 380 Open Motorboat bearing hull identification number STTEB112L718, her engines, tackle, and appurtenances, for Exoneration from or Limitation of Liability,

_____Petitioners._____/

## NOTICE OF SETTLEMENT

Petitioners, MAD TOYZ III, LLC, individually and as titled owner of and for one 2018 38' Statement 380 Open Motorboat bearing hull identification number STTEB112L718, her engines, tackle, and appurtenances, and JEFFRY KNIGHT, individually and as owner *pro hac vice* of and for one 2018 38' Statement 380 Open Motorboat bearing hull identification number STTEB112L718, her engines, tackle, and appurtenances (MAD TOYZ III, LLC and JEFFRY KNIGHT collectively "Petitioners"), hereby give notice pursuant to Local Rule 3.09 that the Petitioners have reached a settlement with Claimants, Natalie Strehling and Jacqueline Strehling as to

all disputes between the parties pending in this Federal Court matter styled *In Re: Petition of Mad Toyz et al*, and State Court, in the matter styled *Strehling v. Mad Toyz III, LLC et al* pending in The Circuit Court of The Sixth Judicial Circuit in and for Pinellas County, Florida, Case No.: 20-cv-001284, including all pending Motions for Sanctions [DE 91] and Bill of Costs [DE 90] with each party to bear their own interest, costs, and attorney's fees.

Dated: June 8, 2021.

        Respectfully submitted,

        **DAVANT LAW, P.A.**
        *Attorneys for Petitioners*
        12 SE 7th Street, Suite 605
        Fort Lauderdale, FL 33301
        Telephone: (954) 414-0400

        By: /s/ *Charles S. Davant*
            Charles S. Davant
            Florida Bar No.: 15178
            csd@davantlaw.com
            Patrick J. Ryan
            Florida Bar No. 1011099
            pjr@davantlaw.com