# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

Sam M. Gibbons U.S. Courthouse
Office of the Clerk
801 North Florida Avenue
Tampa, FL 33602
(813) 301-5400
www.flmd.uscourts.gov

Elizabeth M. Warren                                                      Keshia M. Jones
Clerk of Court                                                      Tampa Division Manager

**DATE:** October 8, 2021

**TO:**   Clerk, U.S. Court of Appeals for the Eleventh Circuit

JEFFRY KNIGHT,

        Petitioner,

v.                                              Case No: 8:20-cv-911-MSS-AAS

JOHN DOE, NATALIE STREHLING, JACQUELINE
STREHLING, NADINE SARAH RUSLI and ERWIN P
RUSLI,

        Respondents.

_____

**U.S.C.A. Case No.:          TBD**

Enclosed are documents and information relating to an appeal in the above-referenced action.  Please
acknowledge receipt on the enclosed copy of this letter.

- Honorable Mary S. Scriven, United States District Judge appealed from.

- Appeal filing fee was paid.

- Certified copy of Notice of Appeal, docket entries, judgment and/or Order appealed from.  Opinion was
  not entered orally.

- No hearing from which a transcript could be made.

ELIZABETH M. WARREN, CLERK

By:      s/LDR, Deputy Clerk

# U.S. District Court
## Middle District of Florida (Tampa)
## CIVIL DOCKET FOR CASE #: <u>8:20–cv–00911–MSS–AAS</u>

| | |
|---|---|
| Knight vs. Doe | Date Filed: 04/20/2020 |
| Assigned to: Judge Mary S. Scriven | Date Terminated: 01/27/2021 |
| Referred to: Magistrate Judge Amanda Arnold Sansone | Jury Demand: Defendant |
| Cause: 28:1333 Admiralty | Nature of Suit: 340 Marine |
| | Jurisdiction: Federal Question |

**<u>In Re</u>**

**Mad Toyz, III, LLC**
*as titled owner of and for one 2018 38'
Statement 380 Open Motorboat bearing
hull identification number
STTEB112L718, her engines, tackle, and
appurtenances*

represented by    **Charles Stuart Davant**
Davant Law, P.A.
12 Southeast 7th Street, Suite 601
33301
Fort Lauderdale, FL 33301
954–414–0400
Email: <u>csd@davantlaw.com</u>
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick J. Ryan**
Davant Law, P.A.
12 Southeast 7th Street
Suite 601
Fort Lauderdale, FL 33301
954–414–0400
Email: <u>pjr@davantlaw.com</u>
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**<u>Petitioner</u>**

**Jeffry Knight**
*as owner pro hac vice of and for one
2018 38' Statement 380 Open Motorboat
bearing hull identification number
STTEB112L718, her engines, tackle, and
appurtenances, for Exoneration from or
Limitation of Liability*

represented by    **Patrick J. Ryan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles Stuart Davant**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**<u>Respondent</u>**

**John Doe**

**<u>Respondent</u>**

**Natalie Strehling**                                    represented by

**Cosme Caballero**
Deutsch Blumberg & Caballero, P.A
100 North Biscayne Boulevard, Suite 2802
Miami, FL 33131
305−358−6329
Fax: 305−358−9304
Email: ccaballero@deutschblumberg.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward R. Blumberg**
Deutsch & Blumberg, PA
Suite 2802
100 N Biscayne Blvd
Miami, FL 33132
305/358−6329
Fax: 305/358−9304
Email: erb@deutschblumberg.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Edward Blumberg**
Deutsch Blumberg & Caballero, P.A.
100 N. Biscyane Blvd. Suite 2802
Miami, FL 33132
305−358−6329
Fax: 305−358−9304
Email: bblumberg@deutschblumberg.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Respondent**

Jacqueline Strehling                represented by **Cosme Caballero**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward R. Blumberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Edward Blumberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Claimant**

Nadine Sarah Rusli                represented by **Frank D. Butler**
Frank D. Butler, PA
10550 US Hwy 19 North

2

Pinellas Park, FL 33782
727–399–2222
Fax: 727–399–2202
Email: fdblawfirm@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelly Ann LaVelle May**
Frank D. Butler, PA
10550 US Hwy 19 N
Pinellas Park, FL 33782–3422
352/246–3244
Email: kmay@fightingforfamilies.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Claimant**

**Erwin P Rusli**                                    represented by   **Frank D. Butler**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Kelly Ann LaVelle May**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 04/20/2020 | 1 | | COMPLAINT *Petition for Exoneration From or Limitation of Liability* against All Parties (Filing fee $ 400 receipt number 113A–16721650) filed by Mad Toyz, III, LLC, Jeffry Knight. (Attachments: # 1 Civil Cover Sheet)(Davant, Charles) (Entered: 04/20/2020) |
| 04/20/2020 | 2 | | NEW CASE ASSIGNED to Judge Mary S. Scriven and Magistrate Judge Amanda Arnold Sansone. New case number: 8:20–cv–911–T–35AAS. (SJB) (Entered: 04/20/2020) |
| 04/20/2020 | 3 | | STIPULATION *of Value and For Costs* by Jeffry Knight, Mad Toyz, III, LLC. (Davant, Charles) (Entered: 04/20/2020) |
| 04/20/2020 | 4 | | TERMINATED. NOTICE of filing by Jeffry Knight, Mad Toyz, III, LLC. (Attachments: # 1 Text of Proposed Order Proposed Order Approving Ad Interim Stipulation)(Davant, Charles) Modified text on 4/21/2020 (AG). NOTE: Terminated pursuant to Chambers, if counsel is seeking relief, a Motion must be filed. Counsel notified. Modified on 4/21/2020 (LD). (Entered: 04/20/2020) |
| 04/20/2020 | 5 | | TERMINATED. NOTICE of filing by Jeffry Knight, Mad Toyz, III, LLC. (Attachments: # 1 Text of Proposed Order Notice of Petition For Exoneration From Or Limitation Of Liability)(Davant, Charles) Modified text on 4/21/2020 (AG). NOTE: Terminated pursuant to Chambers, if counsel is |

| | | | |
|---|---|---|---|
| | | | seeking relief, a Motion must be filed. Counsel notified. Modified on 4/21/2020 (LD). (Entered: 04/20/2020) |
| 04/21/2020 | 6 | | NOTICE to counsel Patrick J. Ryan of Local Rule 2.01, General Admission to Practice, which states – *No person shall be permitted to appear or be heard as counsel for another in any proceeding in this Court unless first admitted to practice in the Court pursuant to this rule (or heretofore admitted under prior rules of the Court).* Apply for membership to the bar of this Court at www.flmd.uscourts.gov (Signed by Deputy Clerk). (TDC) (Entered: 04/21/2020) |
| 04/21/2020 | 7 | | MOTION for Miscellaneous Relief, specifically Motion for Entry of Order Approving Ad Interim Stipulation, Directing Issuance of Monition and Injunction by Jeffry Knight, Mad Toyz, III, LLC. (Attachments: # 1 Text of Proposed Order Proposed Order Approving Ad Interim Stipulation, Directing Issuance of Monition and Injunction)(Davant, Charles) (Entered: 04/21/2020) |
| 04/21/2020 | 8 | | MOTION for Miscellaneous Relief, specifically Motion Directing Court to Issue Notice of Petition by Jeffry Knight, Mad Toyz, III, LLC. (Attachments: # 1 Text of Proposed Order Notice of Petition)(Davant, Charles) (Entered: 04/21/2020) |
| 04/22/2020 | 9 | | **RELATED CASE ORDER AND NOTICE of designation under Local Rule 3.05 – track 2. Notice of pendency of other actions due by 5/6/2020. Signed by Judge Mary S. Scriven on 4/22/2020. (MR)** (Entered: 04/22/2020) |
| 04/22/2020 | 10 | | **INTERESTED PERSONS ORDER Certificate of interested persons and corporate disclosure statement due by 5/6/2020. Signed by Judge Mary S. Scriven on 4/22/2020. (MR)** (Entered: 04/22/2020) |
| 04/24/2020 | 11 | | **ORDER REFERRING CASE to Magistrate Judge Amanda A. Sansone for full consideration and entry of a Final Judgment or Report and Recommendation, as appropriate. Signed by Judge Mary S. Scriven on 4/24/2020. (GMD)** (Entered: 04/24/2020) |
| 04/30/2020 | 12 | | MOTION to Dismiss Petition for Exoneration from or Limitation of Liability *as Being Defective and Untimely and Incorporated Memorandum of Law* by Natalie Strehling, Jacqueline Strehling. (Attachments: # 1 Exhibit Florida Division of Corporations Printout and Documentation, # 2 Exhibit Florida Fish and Wildlife Conservation Commission Boating Accident Report, # 3 Exhibit Written Notification of Nadine Rusli to Jeffry Knight and Return of Service)(Blumberg, Edward) (Entered: 04/30/2020) |
| 05/06/2020 | 13 | | CERTIFICATE of interested persons and corporate disclosure statement re 10 Interested persons order by Jeffry Knight, Mad Toyz, III, LLC. (Davant, Charles) (Entered: 05/06/2020) |
| 05/06/2020 | 14 | | NOTICE of pendency of related cases per Local Rule 1.04(d) by Jeffry Knight, Mad Toyz, III, LLC. Related case(s): Yes (Davant, Charles) (Entered: 05/06/2020) |
| 05/13/2020 | 15 | | ***TERMINATED––COUNSEL NOTIFIED TO RE–FILE USING THE CORRECT EVENT CODE"AMENDED COMPLAINT"***COMPLAINT *Amended Petition for Exoneration from or Limitation of Liability* against All |

4

| | | | |
|---|---|---|---|
| | | | Parties filed by Mad Toyz, III, LLC, Jeffry Knight.(Davant, Charles) Modified on 5/13/2020 (CTR). (Entered: 05/13/2020) |
| 05/13/2020 | 16 | | AMENDED COMPLAINT *Amended Petition for Exoneration from or Limitiation of Liability* against All Parties filed by Mad Toyz, III, LLC, Jeffry Knight.(Davant, Charles) (Entered: 05/13/2020) |
| 05/14/2020 | 17 | | RESPONSE to Motion re 12 MOTION to Dismiss Petition for Exoneration from or Limitation of Liability *as Being Defective and Untimely and Incorporated Memorandum of Law* filed by Jeffry Knight, Mad Toyz, III, LLC. (Davant, Charles) (Entered: 05/14/2020) |
| 05/19/2020 | 18 | | **ENDORSED ORDER denying as moot 12 Motion to Dismiss per 16 Amended Complaint. Signed by Magistrate Judge Amanda Arnold Sansone on 5/19/2020. (BEE)** (Entered: 05/19/2020) |
| 05/20/2020 | 19 | | MOTION to Dismiss Amended Petition for Exoneration from or Limitation of Liability by Jacqueline Strehling, Natalie Strehling. (Attachments: # 1 Exhibit Florida Division of Corporations Printout and Documentation, # 2 Exhibit Florida Fish and Wildlife Conservation Commission Boating Accident Report, # 3 Exhibit Pinellas County Sheriff's Office Report, # 4 Exhibit Written Notification of Nadine Rusli to Jeffry Knight and Return of Service)(Blumberg, Edward) (Entered: 05/20/2020) |
| 05/28/2020 | 20 | | **ENDORSED ORDER denying as moot 7 Motion for Miscellaneous Relief; denying as moot 8 Motion for Miscellaneous Relief per 16 Amended Complaint. Signed by Magistrate Judge Amanda Arnold Sansone on 5/28/2020. (BEE)** (Entered: 05/28/2020) |
| 05/29/2020 | 21 | | STIPULATION *Petitioners' Amended Ad Interim Stipulation of Value and Stipulation for Costs* by Jeffry Knight, Mad Toyz, III, LLC. (Davant, Charles) (Entered: 05/29/2020) |
| 05/29/2020 | 22 | | Amended MOTION for Miscellaneous Relief, specifically Directing Court to Issue Notice of Petition by Jeffry Knight, Mad Toyz, III, LLC. (Attachments: # 1 Exhibit A – Notice of Amended Petition for Exoneration from or Limitation of Liability)(Davant, Charles) (Entered: 05/29/2020) |
| 05/29/2020 | 23 | | Amended MOTION for Miscellaneous Relief, specifically For Order Approving Amended Ad Interim Stipulation and Directing Issuance of Monition and Injunction by Jeffry Knight, Mad Toyz, III, LLC. (Attachments: # 1 Exhibit A)(Davant, Charles) (Entered: 05/29/2020) |
| 06/01/2020 | 24 | | **ORDER granting 23 Motion For Order Approving Amended Ad Interim Stipulation and Directing Issuance of Monition and Injunction. Signed by Magistrate Judge Amanda Arnold Sansone on 6/1/2020. (BEE)** (Entered: 06/01/2020) |
| 06/01/2020 | 25 | | **ENDORSED ORDER granting 22 Motion Directing Clerk to Issue Notice of Petition. Signed by Magistrate Judge Amanda Arnold Sansone on 6/1/2020. (BEE)** (Entered: 06/01/2020) |
| 06/02/2020 | 26 | | NOTICE of Amended Petition for Exoneration from or Limitation of Liability (Signed by Deputy Clerk). (LD) (Entered: 06/02/2020) |
| 06/02/2020 | 27 | | |

| | | | |
|---|---|---|---|
| | | | NOTICE by Jacqueline Strehling, Natalie Strehling re 19 MOTION to Dismiss Amended Petition for Exoneration from or Limitation of Liability *of Filing Supplemental Exhibit* (Attachments: # 1 Exhibit Sworn Statement of Jeffry Knight)(Blumberg, Edward) (Entered: 06/02/2020) |
| 06/03/2020 | 28 | | RESPONSE in Opposition re 19 MOTION to Dismiss Amended Petition for Exoneration from or Limitation of Liability filed by Jeffry Knight, Mad Toyz, III, LLC. (Davant, Charles) (Entered: 06/03/2020) |
| 06/09/2020 | 29 | | MOTION for Leave to File Other Document :Reply to Petitioners' Response in Opposition to Motion to Dismiss the Amended Petition for Exoneration from or Limitation of Liability as Being Defective and Untimely by Jacqueline Strehling, Natalie Strehling. (Blumberg, Edward) (Entered: 06/09/2020) |
| 06/09/2020 | 30 | | RESPONSE in Opposition re 29 MOTION for Leave to File Other Document :Reply to Petitioners' Response in Opposition to Motion to Dismiss the Amended Petition for Exoneration from or Limitation of Liability as Being Defective and Untimely filed by Jeffry Knight, Mad Toyz, III, LLC. (Davant, Charles) (Entered: 06/09/2020) |
| 06/11/2020 | 31 | | **ENDORSED ORDER granting in part and denying in part 29 Motion for Leave to File Reply. Respondents' reply is limited to seven pages and is due by 6/18/2020. Petitioners may file a sur–reply limited to five pages by 6/25/2020. Signed by Magistrate Judge Amanda Arnold Sansone on 6/11/2020. (BEE)** (Entered: 06/11/2020) |
| 06/15/2020 | 32 | | REPLY to Response to Motion re 19 MOTION to Dismiss Amended Petition for Exoneration from or Limitation of Liability filed by Jacqueline Strehling, Natalie Strehling. (Blumberg, Edward) (Entered: 06/15/2020) |
| 06/25/2020 | 33 | | RESPONSE in Opposition re 19 MOTION to Dismiss Amended Petition for Exoneration from or Limitation of Liability *Sur–reply in Opposition to Motion to Dismissal Amended Petition* filed by Jeffry Knight, Mad Toyz, III, LLC. (Davant, Charles) (Entered: 06/25/2020) |
| 06/30/2020 | 34 | | NOTICE of change of address by Charles Stuart Davant (Davant, Charles) (Entered: 06/30/2020) |
| 07/02/2020 | 35 | | NOTICE of Appearance by Patrick J. Ryan on behalf of Jeffry Knight, Mad Toyz, III, LLC (Ryan, Patrick) (Entered: 07/02/2020) |
| 07/13/2020 | 36 | | CLAIM for Damages of Natalie Strehling and Jacqueline Strehling and Incorporated Answer and Affirmative Defenses to the Amended Petition for Exoneration or Limitation of Liability by Jacqueline Strehling, Natalie Strehling. (Attachments: # 1 Exhibit Florida Division of Corporations Printouts, # 2 Exhibit Sworn Statement of Jeffry Knight)(Blumberg, Edward) (Entered: 07/13/2020) |
| 07/14/2020 | 37 | | NOTICE of Appearance by Frank D. Butler on behalf of NADINE SARAH RUSLI (Butler, Frank) (Entered: 07/14/2020) |
| 07/14/2020 | 38 | | NOTICE of Appearance by Frank D. Butler on behalf of NADINE SARAH RUSLI (Butler, Frank) (Entered: 07/14/2020) |
| 07/14/2020 | 39 | | NOTICE by NADINE SARAH RUSLI re 19 MOTION to Dismiss Amended Petition for Exoneration from or Limitation of Liability *NOTICE OF* |

| | | | |
|---|---|---|---|
| | | | *JOINING AND ADOPTING* (Attachments: # 1 Exhibit A – Declaration of Attorney with Exhibits)(Butler, Frank) (Entered: 07/14/2020) |
| 07/15/2020 | 40 | | ANSWER and affirmative defenses with Jury Demand to 16 Amended Complaint by NADINE SARAH RUSLI.(Butler, Frank) (Entered: 07/15/2020) |
| 07/15/2020 | 41 | | CLAIM Supplemental Rule F(5) by NADINE SARAH RUSLI. (Attachments: # 1 Exhibit A – Corporate Report, # 2 Exhibit B – Sworn Statement)(Butler, Frank) (Entered: 07/15/2020) |
| 07/15/2020 | 42 | | NOTICE by Erwin P Rusli *NOTICE OF JOINING AND ADOPTING* (Butler, Frank) (Entered: 07/15/2020) |
| 07/16/2020 | 43 | | ANSWER and affirmative defenses with Jury Demand to 16 Amended Complaint by Erwin P Rusli.(Butler, Frank) (Entered: 07/16/2020) |
| 07/16/2020 | 44 | | CLAIM Supplemental Rule F(5) by Erwin P Rusli. (Attachments: # 1 Exhibit A – Corporate Report, # 2 Exhibit B – Sworn Statement)(Butler, Frank) (Entered: 07/16/2020) |
| 07/20/2020 | 45 | | PROOF of publication filed by Jeffry Knight, Mad Toyz, III, LLC. Newspaper: Business Observer Date(s) of publication June 5, 2020; June 12, 2020; June 19, 2020 and June 26, 2020. (Attachments: # 1 Exhibit A)(Davant, Charles) (Entered: 07/20/2020) |
| 08/05/2020 | 46 | | **REPORT AND RECOMMENDATION re 19 MOTION to Dismiss Amended Petition for Exoneration from or Limitation of Liability. Signed by Magistrate Judge Amanda Arnold Sansone on 8/5/2020. (BEE)** (Entered: 08/05/2020) |
| 08/14/2020 | 47 | | MOTION for all counsel to appear telephonically *to Conduct Case Management Conference* by Jeffry Knight, Mad Toyz, III, LLC. (Ryan, Patrick) Motions referred to Magistrate Judge Amanda Arnold Sansone. (Entered: 08/14/2020) |
| 08/14/2020 | 48 | | MOTION for Clerk's Default against All Parties *other than Natalie Strehling, Jacqueline Strehling, Nadine Rusli and Erwin Rusli* by Mad Toyz, III, LLC, Jeffry Knight. (Ryan, Patrick) Motions referred to Magistrate Judge Amanda Arnold Sansone. (Entered: 08/14/2020) |
| 08/14/2020 | 49 | | **ENDORSED ORDER granting 47 Motion to Appear Telephonically at Case Management Conference. Signed by Magistrate Judge Amanda Arnold Sansone on 8/14/2020. (BEE)** (Entered: 08/14/2020) |
| 08/17/2020 | 50 | | Clerk's ENTRY OF DEFAULT as to all claimants, other than Natalie Strehling, Jacqueline Strehling, Erwin Rusli, and Nadine Rusli, that have failed to file a claim. (BES) (Entered: 08/17/2020) |
| 08/18/2020 | 51 | | MOTION for Default Judgment against All Parties *other than Natalie Strehling, Jacqueline Strehling, Nadine Rusli and Erwin Rusli* by Mad Toyz, III, LLC, Jeffry Knight. (Ryan, Patrick) (Entered: 08/18/2020) |
| 08/19/2020 | 52 | | RESPONSE to objections to 46 Report and Recommendations filed by NADINE SARAH RUSLI, Erwin P Rusli. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Butler, Frank) (Entered: 08/19/2020) |

| 08/19/2020 | 53 | OBJECTION re 46 REPORT AND RECOMMENDATIONS re 19 MOTION to Dismiss Amended Petition for Exoneration from or Limitation of Liability filed by Natalie Strehling, Jacqueline Strehling. . (Blumberg, Edward) (Entered: 08/19/2020) |
|---|---|---|
| 08/27/2020 | 54 | CASE MANAGEMENT REPORT. (Ryan, Patrick) (Entered: 08/27/2020) |
| 08/28/2020 | 55 | CERTIFICATE of counsel *of Interested Persons and Corporate Disclosure Statement* by Edward R. Blumberg on behalf of Jacqueline Strehling, Natalie Strehling (Blumberg, Edward) (Entered: 08/28/2020) |
| 08/30/2020 | 56 | CERTIFICATE of compliance re 54 Case Management Report *of filing Amended Certificate of Interested Persons and Corporate Disclosure Statement* by Jacqueline Strehling, Natalie Strehling. (Blumberg, Edward) (Entered: 08/30/2020) |
| 09/02/2020 | 57 | RESPONSE to objections to 46 Report and Recommendations *Response In Opposition to Nadine Rusli and Erwin Rusli's Objection to Magistrate's Report and Recommendation* filed by Jeffry Knight, Mad Toyz, III, LLC. (Davant, Charles) (Entered: 09/02/2020) |
| 09/02/2020 | 58 | RESPONSE to objections to 46 Report and Recommendations *Response in Opposition to Nathalie Strehling and Jacqueline Strehling's Objection to Magistrate's Report and Recommendation* filed by Jeffry Knight, Mad Toyz, III, LLC. (Davant, Charles) (Entered: 09/02/2020) |
| 09/03/2020 | 59 | **CASE MANAGEMENT AND SCHEDULING ORDER: Pretrial statement due by 9/20/2021. Bench Trial set for the NOVEMBER 2021 Trial Term, which commences on November 1, 2021, with a more precise date to follow. Conduct mediation hearing by 3/1/2021. Lead counsel to coordinate dates. Signed by Judge Mary S. Scriven on 9/3/2020. (CRB)** (Entered: 09/03/2020) |
| 09/21/2020 | 60 | NOTICE of supplemental authority *Regarding the Hearing Against Petitioner, JEFFRY KNIGHT* by NADINE SARAH RUSLI, Erwin P Rusli. (Butler, Frank) (Entered: 09/21/2020) |
| 09/23/2020 | 61 | NOTICE of mediation conference/hearing to be held on 1/21/21 at 9:00 AM before Jacob Munch. (Butler, Frank) (Entered: 09/23/2020) |
| 10/02/2020 | 62 | MOTION to Strike 60 Notice of filing supplemental authority by Jeffry Knight, Mad Toyz, III, LLC. (Ryan, Patrick) (Entered: 10/02/2020) |
| 10/04/2020 | 63 | RESPONSE in Opposition re 62 MOTION to Strike 60 Notice of filing supplemental authority filed by Nadine Sarah Rusli, Erwin P Rusli. (Butler, Frank) Modified on 10/5/2020 (TDC). (Entered: 10/04/2020) |
| 10/07/2020 | 64 | MOTION to Bifurcate by Jacqueline Strehling, Natalie Strehling. (Attachments: # 1 Exhibit FWC Boating Accident Report, # 2 Exhibit Pinellas County Sheriff's Office Report, # 3 Exhibit Petitioners' Initial Disclosures, # 4 Exhibit Natalie Strehling and Jacqueline Strehling Initial Disclosures, # 5 Exhibit Nadine Rusli Initial Disclosures)(Blumberg, Edward) (Entered: 10/07/2020) |
| 10/16/2020 | 65 | NOTICE of pendency of related cases per Local Rule 1.04(d) by Nadine Sarah Rusli. Related case(s): no (Butler, Frank) (Entered: 10/16/2020) |

| 10/16/2020 | 66 | | CERTIFICATE of interested persons and corporate disclosure statement by Nadine Sarah Rusli. (Butler, Frank) (Entered: 10/16/2020) |
|---|---|---|---|
| 10/20/2020 | 67 | | Unopposed MOTION for Extension of Time to File Response/Reply as to 64 MOTION to Bifurcate by Jeffry Knight, Mad Toyz, III, LLC. (Ryan, Patrick) (Entered: 10/20/2020) |
| 10/22/2020 | 68 | | **ENDORSED ORDER GRANTING 67 Unopposed Motion for Enlargement of Time to File Response to Motion to Bifurcate. Petitioners shall have up to and including October 28, 2020 to respond to Claimants' motion to bifurcate. Signed by Judge Mary S. Scriven on 10/22/2020. (AKJ)** (Entered: 10/22/2020) |
| 10/22/2020 | 69 | | NOTICE of Appearance by Edward R. Blumberg on behalf of Jacqueline Strehling, Natalie Strehling (Blumberg, Edward) (Entered: 10/22/2020) |
| 10/22/2020 | 70 | | NOTICE by Jacqueline Strehling, Natalie Strehling re 36 Claim *Withdrawal of Advisory Jury Request* (Blumberg, Edward) (Entered: 10/22/2020) |
| 10/28/2020 | 71 | | RESPONSE in Opposition re 64 MOTION to Bifurcate filed by Jeffry Knight, Mad Toyz, III, LLC. (Davant, Charles) (Entered: 10/28/2020) |
| 11/03/2020 | 72 | | MOTION to Compel Responses to Discovery by Jeffry Knight. (Attachments: # 1 Exhibit "A", # 2 Exhibit "B", # 3 Exhibit "C", # 4 Exhibit "D", # 5 Exhibit "E", # 6 Exhibit "F")(Ryan, Patrick) Motions referred to Magistrate Judge Amanda Arnold Sansone. (Entered: 11/03/2020) |
| 11/16/2020 | 73 | | RESPONSE to Motion re 72 MOTION to Compel Responses to Discovery filed by Erwin P Rusli, Nadine Sarah Rusli. (Butler, Frank) (Entered: 11/16/2020) |
| 11/25/2020 | 74 | | MOTION for Leave to File Other Document :Reply to Response to Compel Discovery by Jeffry Knight, Mad Toyz, III, LLC. (Ryan, Patrick) (Entered: 11/25/2020) |
| 11/30/2020 | 75 | | RESPONSE in Opposition re 74 MOTION for Leave to File Other Document :Reply to Response to Compel Discovery filed by Erwin P Rusli, Nadine Sarah Rusli. (Butler, Frank) (Entered: 11/30/2020) |
| 11/30/2020 | 76 | | Unopposed MOTION to Amend 40 Answer to amended complaint, 43 Answer to amended complaint by Erwin P Rusli, Nadine Sarah Rusli. (Attachments: # 1 Exhibit A – Nadine's Answer, # 2 Exhibit B – Erwin's Answer)(Butler, Frank) (Entered: 11/30/2020) |
| 12/01/2020 | 77 | | **ENDORSED ORDER granting 74 Motion for leave to file reply of no more than ten pages by 12/9/2020. Signed by Magistrate Judge Amanda Arnold Sansone on 12/1/2020. (BEE)** (Entered: 12/01/2020) |
| 12/01/2020 | 78 | | **ENDORSED ORDER GRANTING 76 Respondents' Unopposed Motion for Leave to Amend Answers and Affirmative Defenses. Respondents' Amended Answers and Affirmative Defenses, (Dkts. 76–1, 76–2), shall be deemed filed as of the date of this Order. The Clerk is DIRECTED to docket the Amended Answers and Affirmative Defenses. Signed by Judge Mary S. Scriven on 12/1/2020. (AKJ)** (Entered: 12/01/2020) |
| 12/01/2020 | 79 | | |

| | | | |
|---|---|---|---|
| | | | AMENDED ANSWER and affirmative defenses to <u>16</u> Amended Complaint by Nadine Sarah Rusli.(LD) (Entered: 12/02/2020) |
| 12/01/2020 | <u>80</u> | | AMENDED ANSWER and affirmative defenses to <u>16</u> Amended Complaint by Erwin P Rusli.(LD) (Entered: 12/02/2020) |
| 12/09/2020 | <u>81</u> | | REPLY to Response to Motion re <u>72</u> MOTION to Compel Responses to Discovery filed by Jeffry Knight. (Ryan, Patrick) (Entered: 12/09/2020) |
| 12/22/2020 | <u>82</u> | | NOTICE by Erwin P Rusli, Nadine Sarah Rusli re <u>81</u> Reply to Response to Motion, <u>72</u> MOTION to Compel Responses to Discovery (Butler, Frank) (Entered: 12/22/2020) |
| 12/23/2020 | <u>83</u> | | **ORDER directing the parties to confer and file a joint notice by 1/15/2021. Signed by Magistrate Judge Amanda Arnold Sansone on 12/23/2020. (BEE)** (Entered: 12/23/2020) |
| 12/23/2020 | <u>84</u> | | NOTICE by Jeffry Knight, Mad Toyz, III, LLC re <u>82</u> Notice (Other), <u>83</u> Order directing compliance (Davant, Charles) (Entered: 12/23/2020) |
| 01/15/2021 | <u>85</u> | | NOTICE of compliance re <u>72</u> MOTION to Compel Responses to Discovery , <u>83</u> Order directing compliance *Joint Notice of Conferral on Petitioners' Motion to Compel* by Jeffry Knight, Mad Toyz, III, LLC (Ryan, Patrick) (Entered: 01/15/2021) |
| 01/19/2021 | <u>86</u> | | Joint MOTION for Extension of Time to File Disclosure of Expert Reports and to Reschedule Mediation by Jeffry Knight, Mad Toyz, III, LLC. (Ryan, Patrick) (Entered: 01/19/2021) |
| 01/20/2021 | 87 | | **ENDORSED ORDER finding as moot <u>72</u> Motion to Compel per <u>85</u> Joint Notice. Signed by Magistrate Judge Amanda Arnold Sansone on 1/20/2021. (BEE)** (Entered: 01/20/2021) |
| 01/21/2021 | 88 | | **ENDORSED ORER GRANTING <u>86</u> Joint Motion to Reschedule Mediation and for Extending Disclosure of Expert Reports. Parties have requested to reschedule mediation for the week of February 15, 2021 with Jacob Munch, Esq serving as mediator. The Parties have also requested a fifteen–day extension of the disclosure of expert reports deadlines. The Parties are directed to file a Notice of Rescheduling Mediation within ten (10) days of this Order. Claimant's expert disclosure deadline shall be March 15, 2021, and Petitioner's expert disclosure deadline shall be April 15, 2021. Claimant's Rebuttal expert disclosure deadline shall be April 26, 2021. All other deadlines in the Case Management and Scheduling Order shall remain unchanged. Signed by Judge Mary S. Scriven on 1/21/2021. (AKJ)** (Entered: 01/21/2021) |
| 01/27/2021 | <u>89</u> | | **ORDER REJECTING <u>46</u> Report and Recommendation; GRANTING <u>19</u> Respondents' Motion to Dismiss Amended Petition for Exoneration from or Limitation of Liability as Being Defective and Untimely; DENYING AS MOOT <u>51</u> Petitioners' Motion for Entry of Final Default Judgment for Exoneration from Liability Against All Claimants Not Filing a Claim in This Action; DENYING AS MOOT <u>62</u> Petitioners' Motion to Strike Notice of Filing Supplemental Authority; DENYING AS MOOT <u>64</u> Respondents' Motion to Bifurcate. Signed by Judge Mary S. Scriven on 1/27/2021. (MWC)** (Entered: 01/27/2021) |

| 02/05/2021 | 90 | | PROPOSED BILL OF COSTS by Jacqueline Strehling, Natalie Strehling. (Attachments: # 1 Affidavit in Support of Bill of Costs)(Blumberg, Edward) Modified on 2/8/2021 (TDC). (Entered: 02/05/2021) |
|---|---|---|---|
| 02/05/2021 | 91 | | MOTION for Sanctions by Jacqueline Strehling, Natalie Strehling. (Attachments: # 1 Exhibit Deposition of Jeffry Knight, # 2 Exhibit Florida Fish and Wildlife Conservation Commission Boating Accident Report, # 3 Exhibit Sworn Statement of Jeffry Knight)(Blumberg, Edward) (Entered: 02/05/2021) |
| 02/10/2021 | 92 | | MOTION for Sanctions *Memorandum of Law and Incorporated Motion for Rule 11 AND 28.U.S.C. 1927 Sanctions Dated November 23, 2020* by Erwin P Rusli, Nadine Sarah Rusli. (Attachments: # 1 Composite Exhibit A)(Butler, Frank) Modified on 2/11/2021 (TDC). (Entered: 02/10/2021) |
| 02/17/2021 | 93 | | Unopposed MOTION for Extension of Time to File Response/Reply as to 91 MOTION for Sanctions by Jeffry Knight, Mad Toyz, III, LLC. (Ryan, Patrick) (Entered: 02/17/2021) |
| 02/19/2021 | 94 | | **ENDORSED ORDER GRANTING 93 Unopposed Motion for Enlargement of Time. Petitioners Mad Toyz III, LLC and Jeffry Knight shall have up to and including February 24, 2021 to respond to Respondents, Natalie Strehling and Jacqueline Strehling's Motion for Sanctions. (Dkt. 91) Signed by Judge Mary S. Scriven on 2/19/2021. (AKJ)** (Entered: 02/19/2021) |
| 02/24/2021 | 95 | | RESPONSE in Opposition re 91 MOTION for Sanctions filed by Jeffry Knight, Mad Toyz, III, LLC. (Attachments: # 1 Exhibit "A")(Davant, Charles) (Entered: 02/24/2021) |
| 02/24/2021 | 96 | | RESPONSE in Opposition re 92 MOTION for Sanctions *Memorandum of Law and Incorporated Motion for Rule 11 and 28.U.S.C. 1927 Sanctions Dated November 23, 2020* filed by Jeffry Knight, Mad Toyz, III, LLC. (Davant, Charles) (Entered: 02/24/2021) |
| 02/26/2021 | 97 | | MOTION for Leave to File Other Document :Reply *to Petitioners' Response in Opposition to Motion for Sanctions* by Jacqueline Strehling, Natalie Strehling. (Blumberg, Edward) (Entered: 02/26/2021) |
| 03/03/2021 | 98 | | RESPONSE in Opposition re 97 MOTION for Leave to File Other Document :Reply *to Petitioners' Response in Opposition to Motion for Sanctions* filed by Jeffry Knight, Mad Toyz, III, LLC. (Davant, Charles) (Entered: 03/03/2021) |
| 04/21/2021 | 99 | | **ENDORSED ORDER GRANTING 97 Respondents Natalie Strehling and Jacqueline Strehling's Motion for Leave to File a Reply to Petitioner's Response in Opposition to Motion for Sanctions and Incorporated Memorandum of Law. Respondents Natalie Strehling and Jacqueline Strehling shall have up to and including fourteen (14) days from the date of this Order to file a Reply, which shall not exceed ten (10) pages, that explains (i) why the Respondents' filed Motion for Sanctions, (Dkt. 91), is substantially similar to the motion served on Petitioner on November 23, 2020 and (ii) why the Respondents' Motion for Sanctions, (Dkt. 91), is timely. Signed by Judge Mary S. Scriven on 4/21/2021. (JRF)** (Entered: 04/21/2021) |

| 04/21/2021 | 100 | | **ENDORSED ORDER DIRECTING Respondents Erwin Rusli and Nadine Rusli to file a reply in support of their Motion for Rule 11 and 28 U.S.C. 1927 Sanctions. (Dkt. 92) Respondents Erwin Rusli and Nadine Rusli shall have up to and including fourteen (14) days from the date of this Order to file a Reply, which shall not exceed ten (10) pages, that explains (i) why the Respondents' filed Motion for Sanctions, (Dkt. 92), is substantially similar to the motion served on Petitioner on November 17, 2020 and (ii) why the Respondents' Motion for Sanctions, (Dkt. 92), is timely. Signed by Judge Mary S. Scriven on 4/21/2021. (JRF)** (Entered: 04/21/2021) |
|---|---|---|---|
| 05/05/2021 | 101 | | REPLY to Response to Motion re 91 MOTION for Sanctions filed by Jacqueline Strehling, Natalie Strehling. (Attachments: # 1 Exhibit Service Email of Rule 11 Motion)(Caballero, Cosme) (Entered: 05/05/2021) |
| 05/05/2021 | 102 | | REPLY to Response to Motion re 91 MOTION for Sanctions , 92 MOTION for Sanctions *Memorandum of Law and Incorporated Motion for Rule 11 and 28.U.S.C. 1927 Sanctions Dated November 23, 2020* filed by Erwin P Rusli, Nadine Sarah Rusli. (Butler, Frank) (Entered: 05/05/2021) |
| 06/08/2021 | 103 | | NOTICE of settlement *as to all pending claims including Motion for Sanctions and Bill of Costs* by Jeffry Knight, Mad Toyz, III, LLC (Davant, Charles) (Entered: 06/08/2021) |
| 06/09/2021 | 104 | | **ENDORSED ORDER DENYING AS MOOT 90 Respondents Natalie Strehling and Jacqueline Strehling's Proposed Bill of Costs; DENYING AS MOOT 91 Respondents Natalie Strehling and Jacqueline Strehling's Motion for Rule 11 and 28 U.S.C. 1927 Sanctions. In light of Petitioners' having filed a Notice of Settlement, (Dkt. 103), Respondents' Bill of Costs and Motion are denied as moot with each party to bear their own interest, costs, and attorney's fees associated with this matter. The case shall remain CLOSED. Signed by Judge Mary S. Scriven on 6/9/2021. (JRF)** (Entered: 06/09/2021) |
| 07/08/2021 | 105 | | MOTION for Clarification re 104 Order on Motion for Sanctions by Erwin P Rusli, Nadine Sarah Rusli. (Attachments: # 1 Exhibit A)(Butler, Frank) (Entered: 07/08/2021) |
| 07/20/2021 | 106 | | RESPONSE in Opposition re 105 MOTION for Clarification re 104 Order on Motion for Sanctions filed by Jeffry Knight, Mad Toyz, III, LLC. (Ryan, Patrick) (Entered: 07/20/2021) |
| 09/14/2021 | 107 | | **ORDER DENYING 92 Respondents Nadine Rusli and Erwin Rusli's Motion for Rule 11 and 28 U.S.C. 1927 Sanctions; DENYING AS MOOT 105 Respondents Nadine Rusli and Erwin Rusli's Motion for Clarification as to their Motion for Rule 11 and 28 U.S.C. 1927 Sanctions. See Order for details. Signed by Judge Mary S. Scriven on 9/14/2021. (JRF)** (Entered: 09/14/2021) |
| 10/08/2021 | 108 | | NOTICE OF APPEAL as to 107 Order on Motion for SanctionsOrder on Motion for Reconsideration / Clarification by Erwin P Rusli, Nadine Sarah Rusli. Filing fee $ 505, receipt number AFLMDC−18795291. (May, Kelly Ann) (Entered: 10/08/2021) |

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

IN RE: PETITION OF MAD TOYZ
III, LLC, as titled owner of and for one
2018 38' Statement 380 Open
Motorboat bearing hull identification
number STTEB112L718, her engines,
tackle, and appurtenances, and

**Case No: 8:20-cv-911-MSS-AAS**

JEFFRY KNIGHT, as owner *pro hac
vice* of and for one 2018 38' Statement
380 Open Motorboat bearing hull
identification number STTEB112L718,
her engines, tackle, and appurtenances,
for Exoneration from or Limitation of
Liability,

      Petitioners.

---

## ORDER

**THIS CAUSE** comes before the Court for consideration of Respondents

Nadine Rusli and Erwin Rusli's Motion for Rule 11 and 28 U.S.C. 1927 Sanctions,

(Dkt. 92), Petitioner Jeffry Knight's Response in opposition thereto, (Dkt. 95),

Respondents Nadine Rusli and Erwin Rusli's Reply, (Dkt. 102), Respondents Nadine

Rusli and Erwin Rusli's Motion for Clarification as to their Motion for Rule 11 and

28 U.S.C. 1927 Sanctions, (Dkt. 105), and Petitioner Jeffry Knight's Response in

opposition thereto. (Dkt. 106) Upon consideration of all relevant filings, case law, and

being otherwise fully advised, the Court **DENIES** Respondents Nadine Rusli and

Erwin Rusli's Motion for Rule 11 and 28 U.S.C. 1927 Sanctions and **DENIES AS MOOT** Respondents Nadine Rusli and Erwin Rusli's Motion for Clarification.

## I.    BACKGROUND

On April 20, 2020, Petitioners Jeffry Knight and Mad Toyz III, LLC initiated this limitation action, seeking exoneration from or limitation of liability for a boating accident on September 2, 2019. (Dkts. 1, 16) Respondents Jacqueline Strehling and Natalie Strehling subsequently moved to dismiss this action, arguing, *inter alia*, that it was untimely because Petitioners had received notice of a claim more than six months before filing suit in federal court. (Dkt. 19) Respondents Nadine Rusli and Erwin Rusli later joined and adopted the Strehlings' motion to dismiss. (Dkts. 39, 42) On August 5, 2020, Magistrate Judge Amanda Sansone issued a Report and Recommendation, rejecting the argument that the action was untimely filed and recommending that the Court deny the motion to dismiss. (Dkt. 46) However, on January 27, 2021, the Court entered an Order rejecting the Report and Recommendation and granting the Strehlings' Motion to Dismiss due to the untimely filing of the Petition. (Dkt. 89)

The Ruslis move for sanctions, asserting that Knight knowingly pursued an untimely and meritless limitation action, and they seek attorneys' fees and costs for litigating this action. (Dkt. 92) In response, Knight contends that the Ruslis failed to comply with Rule 11's safe-harbor provision and that the motion fails to state a basis for imposing sanctions on Knight. (Dkt. 96) For the reasons that follow, the Ruslis' motion for sanctions is **DENIED**.

- 2 -

## II.   DISCUSSION

The Ruslis seek sanctions against Knight under Federal Rule of Civil Procedure 11 and 28 U.S.C. § 1927.[1] "The purpose of Rule 11 is to deter baseless filings in district court and thus streamline the administration and procedure of federal courts." Peer v. Lewis, 606 F.3d 1306, 1311 (11th Cir. 2010). "When an attorney files a pleading in federal court, the attorney signs the pleading to certify that, among other things, (1) the pleading is not being presented for an improper purpose; (2) the legal contentions are warranted by existing law or a nonfrivolous argument to change existing law; and (3) the factual contentions have evidentiary support or will likely have evidentiary support after discovery." Id. (citing Fed. R. Civ. P. 11(b)).

Rule 11 contains a safe-harbor provision, which provides in relevant part that "[t]he motion [for sanctions] must be served under Rule 5, but it must not be filed or be presented to the court if the challenged paper, claim, defense, contention, or denial is withdrawn or appropriately corrected within 21 days after service ...." Fed. R. Civ. P. 11(c)(2). The purpose of Rule 11's safe-harbor provision "is to allow an attorney who violates Rule 11 to correct the alleged violation within twenty-one days without being subject to sanctions." Peer, 606 F.3d at 1315.

Knight argues that the Ruslis' motion violates the safe-harbor provision because the Ruslis' filed a motion that is not identical, or substantially similar, to the motion

---

[1] "Under 28 U.S.C. § 1927, sanctions may only be imposed against an attorney and not the litigant." In re Aurora Invs., Inc., 144 B.R. 899, 902 (Bankr. M.D. Fla. 1992) (citation omitted). The Ruslis seek a monetary sanction against Knight only. (Dkt. 92 at 1 n.1) The Court therefore need not address whether sanctions against Knight's counsel are warranted under 28 U.S.C. § 1927.

that was served on Knight and the motion was filed untimely. A movant may file a motion for sanctions that is different from the served motion so long as the grounds for sanctions and the relief sought remain the same. Merritt v. Lake Jovita Homeowner's Ass'n, Inc., No. 8:08-CV-98-T-27EAJ, 2010 WL 11507746, at *2 (M.D. Fla. May 11, 2010) (holding the inclusion of additional arguments in support of sanctions did not require a new safe-harbor period because the relief sought and the grounds asserted in both served and filed motions remained the same); Abreu v. Alutiiq-Mele, LLC, No. 11-20888-CIV, 2012 WL 4369734, at *10 (S.D. Fla. Aug. 3, 2012) (finding that although the served and filed Rule 11 motions were technically different, the motions were substantively similar because the grounds for sanctions were the same). With respect to timeliness, Knight argues that a Rule 11 motion must be served and filed "prior to final judgment or judicial rejection of the offending motion." In re Walker, 532 F.3d 1304, 1309 (11th Cir. 2008). Because the Court finds that the filing for which the Ruslis seek sanctions was not legally frivolous, it need not address the technical or timeliness issues.

Rule 11 sanctions are warranted when a party files a pleading: (1) for an improper purpose; (2) based on a legal theory that has no reasonable chance of success; or (3) that has no reasonable factual basis. Lee v. Mid-State Land & Timber Co., 285 F. App'x. 601, 608 (11th Cir. 2008) (internal citation omitted).[2] Courts must "avoid using the wisdom of hindsight and should test the signer's conduct by inquiring what

---

[2] The Court notes that "[a]lthough an unpublished opinion is not binding on this court, it is persuasive authority. See 11th Cir. R. 36-2." United States v. Futrell, 209 F.3d 1286, 1289 (11th Cir. 2000).

was reasonable to believe at the time [the document] was submitted." Peer, 606 F.3d at 1311.

"A legal claim is frivolous if no reasonably competent attorney could conclude that it has any reasonable chance of success or is a reasonable argument to change existing law." In re BankAtlantic Bancorp, Inc. Sec. Litig., 851 F. Supp. 2d 1299, 1308 (S.D. Fla. 2011), aff'd sub nom. Hubbard v. BankAtlantic Bancorp, Inc., 503 F. App'x 677 (11th Cir. 2012). "A factual claim is frivolous if no reasonably competent attorney could conclude that it has a reasonable evidentiary basis, because it is supported by no evidence or only by patently frivolous evidence." Id. "Although sanctions are warranted when the claimant exhibits a 'deliberate indifference to obvious facts,' they are not warranted when the claimant's evidence is merely weak but appears sufficient, after a reasonable inquiry, to support a claim under existing law." Baker v. Adelman, 158 F.3d 516, 524 (11th Cir. 1998) (citations omitted).

The Ruslis contend sanctions are warranted on two grounds: (1) Knight knew that the limitation action was time-barred and (2) Knight knew that the limitation action was meritless. (Dkt. 92) With respect to the first ground, the Ruslis correctly note that a shipowner must bring a limitation action "within 6 months after a claimant gives the owner written notice of a claim." 46 U.S.C. § 30511(a). The six-month time bar "begins to run as to all claimants from the date the vessel owner receives the first written notice of a claim arising out of a particular accident." In re Mar. Tug & Barge, Inc., No. 3:05CV119J-25TEM, 2005 WL 2850069, at *1 (M.D. Fla. Oct. 28, 2005). The Ruslis argue that Knight received written notifications of claims for damages

caused by the boating accident that exceeded the value of his vessel more than six months before he commenced this action. The Ruslis contend, therefore, that Knight knew the Petition was untimely.

Knight's filing of the limitation action greater than six months after receiving a written notification of a claim does not warrant sanctions because there was a non-frivolous argument that the written notification at issue failed to trigger the six-month deadline. In September 2019, Knight received a letter, stating that (i) the crash caused "extensive physical injuries to Nadine Rusli" and "significant monetary damages to both Erwin & Nadine Rusli," (ii) Nadine Rusli's injuries were "continuing in nature" and appeared to be "permanent," and (iii) "[t]he injuries may affect Ms. Rusli's abilities to return to her work as a nurse." (Dkt. 19-4) Knight argued the September 2019 correspondence "failed to quantify the purported claims in any manner." (Dkt. 57 at 8) Judge Sansone issued a Report and Recommendation, finding that the September 2019 correspondence failed to trigger the six-month deadline. (Dkt. 46 at 9) Upon review of the Report and Recommendation and based on the full record, the Court disagreed, finding instead "that the [September 2019] correspondence satisfied the reasonable-possibility test and thus constituted the statutorily required written notice of a claim." (Dkt. 89 at 8) Although the limitation action was dismissed as untimely, Knight's argument that the September 2019 correspondence was deficient was a colorable argument and not based on a legal theory that had no reasonable chance of success. Accordingly, the Court declines to impose sanctions on this ground.

- 6 -

Regarding the second ground that Knight knowingly pursued a meritless limitation action, the Ruslis assert that Knight knew his negligence caused the September 2, 2019 boating accident, precluding Knight from seeking exoneration or limitation of liability. (Dkt. 92) In order to establish a right to exoneration or limitation of liability, a shipowner must show that he did not have knowledge or privity with the acts of negligence that caused the accident. Hercules Carriers, Inc. v. Claimant State of Fla., Dep't of Transp., 768 F.2d 1558, 1563 (11th Cir. 1985). " '[P]rivity or knowledge' generally refers to the [shipowner's] personal participation in, or actual knowledge of, the specific acts of negligence … which caused or contributed to the accident." Suzuki of Orange Park, Inc. v. Shubert, 86 F.3d 1060, 1064 (11th Cir. 1996) (citation omitted).

The Ruslis assert Knight's deposition testimony establishes that Knight knew his negligence caused the boating accident. (Dkt. 92 at 4) During his deposition, Knight was asked "prior to the [boat accident] occurring, how long [was he] looking down at the GPS," and Knight answered, "not even 60 seconds." (Dkt. 91-1 at 33) Knight also testified that he estimated he was traveling at "30, 35 miles [per] hour" at time of the collision. (Id. at 32) The Ruslis also claim that "Knight's liability was confirmed by the investigation conducted by the Florida Fish and Wildlife Conservation Commission (FWC), as well as Knight's own sworn statement to the investigating officer from the FWC[.]" (Dkt. 91 at 8) In response, Knight asserts that the FWC infractions against him were dismissed entirely and "no findings of fault were determined for this accident." (Dkt. 95 at 12) Knight further asserts that discovery

was ongoing and that the Ruslis had not yet been deposed at the time the limitation action was dismissed. (Id. at 13) It was not clearly established at the time the limitations action was filed or through the date the limitations action was dismissed that Knight's negligence caused the September 2, 2019 boating accident. In fact, it appears that the underlying action is still ongoing. Thus, the Court cannot determine, on the basis of Knight's alleged culpability, that Knight's pursuit of the limitations action was frivolous. The Court therefore declines to impose sanctions on Knight on this ground.

## III.  CONCLUSION

Upon consideration of the foregoing, it is hereby **ORDERED** as follows:

1. Respondents Nadine Rusli and Erwin Rusli's Motion for Rule 11 and 28 U.S.C. 1927 Sanctions, (Dkt. 92), is **DENIED**.

2. Respondents Nadine Rusli and Erwin Rusli's Motion for Clarification as to their Motion for Rule 11 and 28 U.S.C. 1927 Sanctions, (Dkt. 105), is **DENIED AS MOOT**. In light of the Court ruling on the Ruslis' Motion for Sanctions, the Ruslis' Motion for Clarification is denied as moot.

**DONE** and **ORDERED** in Tampa, Florida, this 14th day of September 2021.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**

Counsel of Record
Any Unrepresented Person

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# IN ADMIRALTY

## CASE NO.: 8:20-cv-00911-MSS-AAS

IN RE:

**PETITION OF MAD TOYZ III, LLC, as titled
owner of and for one 2018 38' Statement 380 Open
Motorboat bearing hull identification number
STTEB112L718, her engines, tackle, and
appurtenances, and**

**JEFFRY KNIGHT, as owner** *pro hac vice* **of and for
one 2018 38' Statement 380 Open Motorboat
bearing hull identification number STTEB112L718,
her engines, tackle, and appurtenances, for
Exoneration from or Limitation of Liability**,

Petitioners.

_____

## NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that Respondents, NADINE RUSLI and ERWIN

RUSLI, appeal to the Eleventh Circuit Court of Appeals the Order **DENYING**

Respondents', Nadine Rusli and Erwin Rusli, Motion for Rule 11 and 28 U.S.C.

1927 Sanctions entered on September 14, 2021 (D.E. 107).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 8th day of October, 2021, I electronically
filed the foregoing with the Clerk of the Court by using the CM/ECF system and
served the forgoing by email through CM/ECF to: Charles S. Davant at

1

csd@davantlaw.com, and Patrick J. Ryan at pjr@davantlaw.com, DAVANT LAW, P.A., Attorneys for Petitioners; and Edward R. Blumberg, Esq. at erb@deutschblumberg.com, Deutsch Blumberg & Caballero, P.A., Counsel for Respondents/Claimants, Natalie Strehling and Jacqueline Strehling.

Frank D. Butler, Esq.
FBN: 940585
fdblawfirm@aol.com
Kelly Ann L. May, Esq.
FBN: 59286
kmay@fightingforfamilies.com
Frank D. Butler, P.A.
10550 US Highway 19 North
Pinellas Park, FL 33782
Phone: 727-399-2222
Fax: 727-399-2202
Service: courtdocserve@fdblawfirm.com
Secondary: kmay@fightingforfamilies.com
crios@fightingforfamilies.com
*Attorneys for Claimants*
*NADINE SARAH RUSLI and ERWIN RUSLI*

 */s/*  **Kelly Ann L. May, Esquire**